

IT IS ORDERED

Date Entered on Docket: March 19, 2019


_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

___

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In Re
**BRENT EDWARD SHELLEY,**
    Debtor.                                        Case No. 17-11901-J7

### ORDER GRANTING MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF REAL PROPERTY LOCATED AT 2202 WILDWIND RD. LAS CRUCES, NM 88007 PURSUANT TO 11 U.S.C. §554

This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed February 26, 2019 (the "Motion" docket #103) in which Debtor, Brent Edward Shelley ("Debtor"), sought to compel the abandonment of his personal residence listed in his bankruptcy Schedule A and located at 2202 Wildwind Rd. Las Cruces, NM 88007. Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

The Court FINDS: (a) that on February 25, 2019, Debtor filed the Motion (docket #103); (b) on February 26, 2019, notice of the objection period along with the Motion were served ("Notice" docket #108) on all creditors and other parties in interest as shown

1

on the mailing list provided to the Court by the Debtor, specifying that objections were to be filed no later than fourteen days (plus three days mailing) from the date of the Notice; (c) the Notice was appropriate in the particular circumstances; (d) the objection deadline of March 15, 2019 has expired (e) the Motion is well taken and will be granted.

       THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the Motion for Abandonment shall be granted and that an Order Abandoning the Property shall be submitted by the Debtor and entered by the Court based on the terms and conditions of such abandonment as set forth in the Motion.

***END OF ORDER***

Respectfully Submitted,

*S/electronically Submitted 3.18.19*
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM  88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Copy to:

Clarke C. Coll
Chapter 7 Trustee
P.O. Box 2288
Roswell, NM 88202-2288
clarkecoll@gmail.com